1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JON W. WARWICK, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>            Defendants. | Case No. CV 15-3343 SS<br><br><br><br>**JUDGMENT** |
|---|---|

   Pursuant to the Court's Memorandum Decision and Order Granting Defendants' respective Motions to Dismiss, construed as Motions for Summary Judgment,

   IT IS HEREBY ADJUDGED that Judgment is entered against Plaintiffs Jon W. Warwick and Jeannette Warwick and in favor of Defendants Bank of America, N.A., Bank of New York Mellon, and

\\
\\
\\
\\

1  Green Tree Servicing, LLC, on all claims alleged in this action.
2  IT IS FURTHER ADJUDGED that the above-captioned action is DISMISSED
3  WITH PREJUDICE.

5  DATED: May 23, 2016

7  _____/S/_____
   SUZANNE H. SEGAL
   UNITED STATES MAGISTRATE JUDGE